Connie E. Merriett, Esq. (SB# 223274)
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real
Suite 700
Mountain View, California 94040
Telephone:  (650) 813-4800
Facsimile:   (650) 813-4848

Attorneys for Defendant
THE VANGUARD GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC.,<br><br>                    Defendant. | Case No.  C 07 3239 SBA<br><br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned files this Notice of Appearance in this action as counsel for Defendant The Vanguard Group, Inc., and requests that copies of all pleadings, correspondence, and other papers be served as required by any applicable rule, order, or agreement to the address below:

Connie E. Merriett, Esq.
DECHERT LLP
2440 W. El Camino Real, Suite 700, Mountain View, CA  94040
Telephone:  (650) 813-4800
Facsimile:  (650) 813-4848
Email:  connie.merriett@dechert.com

Dated:  July 27, 2007                    DECHERT LLP

/s/Connie E. Merriett
Connie E. Merriett
Attorney for Defendant
The Vanguard Group, Inc.

DECHERT LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

12868215.1.LITIGATION