Connie E. Merriett, Esq. (SB# 223274)
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real
Suite 700
Mountain View, California 94040
Telephone:  (650) 813-4800
Facsimile:   (650) 813-4848

Attorneys for Defendant
THE VANGUARD GROUP, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No.  C 07 3239 SBA<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Joel Hornstein and Defendant The Vanguard Group, Inc., appearing through their respective counsel, hereby stipulate that Defendant shall have additional time to answer, move, or otherwise respond to Plaintiff's complaint and shall do so on or before September 4, 2007.

This stipulation does not alter the date of any event or any deadline already fixed by Court order and shall be filed promptly pursuant to Civil L.R. 5.

For Plaintiff JOEL HORNSTEIN

Dated:  ___August 1, 2007___          /s/Matthew A. Siroka_____
                                       Matthew A. Siroka, State Bar No. 233050
                                       LAW OFFICES OF
                                       MATTHEW A. SIROKA
                                       600 Townsend Street, Suite 329E
                                       San Francisco, CA  94103
                                       Telephone:  415.522.1105
                                       Facsimile:   415.522.1506

For Defendant THE VANGUARD GROUP


Dated: ___August 1, 2007___           /s/ Connie E. Merriett
                                      Connie E. Merriett, State Bar No. 223274
                                      DECHERT LLP
                                      2440 W. El Camino Real, Suite 700
                                      Mountain View, CA  94040
                                      Telephone:  650.813.4800
                                      Facsimile:   650.813.4848


## <u>FILER'S ATTESTATION</u>

I, Connie E. Merriett, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatory.


Dated: ___August 1, 2007___           /s/ Connie E. Merriett
                                      Connie E. Merriett, State Bar No. 223274
                                      DECHERT LLP
                                      2440 W. El Camino Real, Suite 700
                                      Mountain View, CA  94040
                                      Telephone:  650.813.4800
                                      Facsimile:   650.813.4848