**Hornstein v. The Vanguard Group, Inc.**
**U.S.D.C. Case No.: C-07-3239 SBA**

## CERTIFICATE OF SERVICE

The undersigned certifies and declares as follows:

I am over 18 years of age and am not a party to this action. My business address is 2440 W. El Camino Real, Suite 700, Mountain View, CA 94040, which is located in the county where any non-personal service described below took place.

On August 1, 2007, I served a copy of the following document(s) on counsel listed below:

**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

by serving the following:

John Balestriere
Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

Service was accomplished as follows:

**[X]   By U.S. Mail, According to Normal Business Practices.** On the above date, at my place of business at the above address, I sealed the above document(s) in an envelope addressed to the above, and I placed that sealed envelope for collection and mailing following ordinary business practices, for deposit with the U.S. Postal Service. I am readily familiar with the business practice at my place of business for the collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service the same day in the ordinary course of business, postage fully prepaid.

I certify and declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2007 at Mountain View, California.

/s/Lilli McBride
Lilli McBride

**DECHERT LLP**

CERTIFICATE OF SERVICE; CASE NO. C 07 3239 SBA

12870810.1.LITIGATION