| | |
|---|---|
| 1 | Connie E. Merriett (SBN#223274) |
|  | connie.merriett@dechert.com |
| 2 | **DECHERT LLP** |
|  | 2440 W. El Camino Real, Suite 700 |
| 3 | Mountain View, CA 94040 |
|  | Telephone: (650) 813-4800 |
| 4 | Facsimile: (650) 813-4848 |

Attorneys for Defendant
THE VANGUARD GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated, | Case No. C-07-3239 SBA |
| Plaintiff, | **APPLICATION FOR ADMISSION OF MICHAEL S. DOLUISIO *PRO HAC VICE*** |
| vs. | |
| THE VANGUARD GROUP, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Michael S. Doluisio, an active member in good standing of the Bars of Commonwealth of Pennsylvania, State of New Jersey, United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern District of Pennsylvania and Eastern District of Michigan, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Connie E. Merriett (State Bar No. 223274)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA
Telephone: (650) 813-4800

I declare under penalty of perjury that the foregoing is true and correct

Dated: July 31, 2007

_____
Michael S. Doluisio
DECHERT LLP
CIRA CENTRE
2929 Arch Street
Philadelphia, PA   19104
215 994-4000
215 994-2222(fax)

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001070
Cashier ID: lenahac
Transaction Date: 08/07/2007
Payer Name: Delchert LLP
-----------------------------------
PRO HAC VICE
 For: Scott A. Thompson
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Michael S. Shin
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Michael S. Doluisio
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 1000595
 Amt Tendered: $630.00
-----------------------------------
Total Due:       $630.00
Total Tendered: $630.00
Change Amt:       $0.00

C07-3239-SBA for Michael S.
Doluisio, Michael S. Shin and Scott
A. Thompson.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```