1  Connie E. Merriett (SBN#223274)
   connie.merriett@dechert.com
2  **DECHERT LLP**
   2440 W. El Camino Real, Suite 700
3  Mountain View, CA 94040
   Telephone: (650) 813-4800
4  Facsimile: (650) 813-4848

5  Attorneys for Defendant
6  THE VANGUARD GROUP, INC.

FILED
2007 AUG -7 PM 3:03
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated, | Case No. C-07-3239 SBA |
| Plaintiff, | **APPLICATION FOR ADMISSION OF MICHAEL S. SHIN *PRO HAC VICE*** |
| vs. | |
| THE VANGUARD GROUP, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Michael S. Shin, an active member in good standing of the Bars of the Supreme Judicial Court of Massachusetts, the United States District Courts for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Connie E. Merriett (State Bar No. 223274)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA
Telephone: (650) 813-4800

I declare under penalty of perjury that the foregoing is true and correct

Dated: July 31, 2007

Michael S. Shin
DECHERT LLP
200 Clarendon St., 27th floor
Boston, MA 02116
(617) 728-7133
(617) 426-6567 (fax)

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001070
Cashier ID: lenahac
Transaction Date: 08/07/2007
Payer Name: Delchert LLP
------------------------------------
PRO HAC VICE
 For: Scott A. Thompson
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Michael S. Shin
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Michael S. Doluisio
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1000595
 Amt Tendered:   $630.00
------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:       $0.00

C07-3239-SBA for Michael S.
Doluisio, Michael S. Shin and Scott
A. Thompson.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```