**RECEIVED**

AUG - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. C-07-3239 SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF SCOTT A. THOMPSON *PRO HAC VICE* |

Scott A. Thompson, an active member in good standing of the bar of the Commonwealth of Pennsylvania, the State of Massachusetts, and the District of Columbia, as well as the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit, whose business address and telephone number is Dechert LLP, 2929 Arch St., Cira Centre, Philadelphia, PA 19104, (215) 994-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant, The Vanguard Group, Inc., IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 17, 2007           _Sandra B Armstrong_
                                 United States ~~District~~ Magistrate Judge