R E C E I V E D

AUG - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. C-07-3239 SBA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL S. SHIN *PRO HAC VICE*** |

Michael S. Shin, an active member in good standing of the bars of the Supreme Judicial Court of Massachusetts, the United States District Courts for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, whose business address and telephone number is 200 Clarendon St., 27th floor, Boston, MA, 02116, (617)-728-7133, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____August 17_____, 2007        _____

United States Magistrate Judge