RECEIVED

AUG - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. C-07-3239 SBA<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL S. DOLUISIO *PRO HAC VICE*** |

Michael S. Doluisio an active member in good standing of the bars of the Commonwealth of Pennsylvania and State of New Jersey, whose business address and telephone number is Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA, 19104, 215-994-4000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____August 17_____, 2007        _____Saundra B. Armstrong_____
                                                                            United States ~~Magistrate~~ Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL S. DOLUISIO *PRO HAC VICE*; Case No. C-07-3239 SBA