Connie E. Merriett, (SB# 223274)
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Michael S. Doluisio (*Admitted pro hac vice*)
Scott A. Thompson (*Admitted pro hac vice*)
DECHERT LLP
2929 Arch Street, Cira Centre
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2325

Attorneys for Defendant
The Vanguard Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. C-07-3239 SBA<br><br>**DECLARATION OF CONNIE E. MERRIETT IN SUPPORT OF THE VANGUARD GROUP, INC.'S MOTION TO DISMISS**<br><br>Date:          October 23, 2007<br>Time:         1:00 p.m.<br>Courtroom: 3<br>Judge:        Hon. Saundra Brown Armstrong |

I, CONNIE E. MERRIETT, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California and before the Northern District of California, and am an associate with the law firm of Dechert LLP, attorneys for Defendant The Vanguard Group, Inc. ("Vanguard") in the above-entitled action. The following declaration is based on my personal knowledge. If called upon to testify, I could testify competently as to the matters set forth herein. This declaration is submitted in support of Defendant The Vanguard Group, Inc.'s Motion to Dismiss.

1      2. Attached hereto as Exhibit A is a true and correct copy of the Vanguard Money
2  Market Funds Prospectus, dated December 23, 2005.
3      3. This prospectus was also filed with the Securities and Exchange Commission
4  and may be located on the SEC website at http://www.sec.gov/Archives/edgar/data/891190/
5  000093247105001735/0000932471-05-001735-index.htm, document link
6  "admiral485b122005.txt."
7      I declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct.  Executed this 4th day of September 2007.

                                          /s/Connie E. Merriett
                                          CONNIE E. MERRIETT

Dechert LLP
Attorneys At Law
Silicon Valley

DEC. OF CONNIE E. MERRIETT IN SUPPORT OF
THE VANGUARD GROUP, INC.'S MOTION TO
DISMISS;  CASE NO. C-07-3239 SBA

2