Connie E. Merriett, State Bar No. 22327
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Michael S. Doluisio *(Admitted pro hac vice)*
Scott A. Thompson *(Admitted pro hac vice)*
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2325

Attorneys for Defendant
The Vanguard Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. C-07-3239 SBA<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Date:     October 23, 2007<br>Time:     1:00 p.m.<br>Courtroom: 3<br>Judge:    Hon. Saundra Brown Armstrong |

Defendant The Vanguard Group, Inc., hereby submits its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states that:

There is no parent corporation, and there is no publicly held corporation that owns 10% or more of The Vanguard Group, Inc.'s stock.

| | |
|---|---|
| Dated:  September 4, 2007 | /s/ Michael S. Doluisio<br>Michael S. Doluisio<br>Scott A. Thompson<br>DECHERT LLP<br>2929 Arch St., Cira Centre<br>Philadelphia, PA 19104<br>Telephone:  (215) 994-4000<br>Facsimile:  (215) 655-2325<br><br>Connie E. Merriett, State Bar No. 223274<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA  94040<br>Telephone:  (650) 813-4800<br>Facsimile:   (650) 813-4848 |

### **FILER'S ATTESTATION**

I, Connie E. Merriett, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated:  September 4, 2007 | /s/Connie E. Merriett<br>CONNIE E. MERRIETT |