Connie E. Merriett, State Bar No. 223274
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Michael S. Doluisio *(Admitted pro hac vice)*
Scott A. Thompson *(Admitted pro hac vice)*
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2325

Attorneys for Defendant
The Vanguard Group, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE VANGUARD GROUP, INC., <br><br> Defendant. | Case No. C-07-3239 SBA <br><br> **CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-16** <br><br> Date: October 23, 2007 <br> Time: 1:00 p.m. <br> Courtroom: 3 <br> Judge: Hon. Saundra Brown Armstrong |

Pursuant to Civil Local Rule 3-16, Defendant The Vanguard Group, Inc., hereby certifies as of this date that:

1. There is no parent corporation, and there is no publicly held corporation that owns 10% or more of The Vanguard Group, Inc.'s stock.

2. The Vanguard Group, Inc., is jointly owned by 37 investment companies that comprise The Vanguard Group of Investment Companies. Each of those investment companies offers one of more portfolios known as mutual funds.

| | |
|---|---|
| Dated: September 4, 2007 | /s/ Michael S. Doluisio<br>Michael S. Doluisio<br>Scott A. Thompson<br>DECHERT LLP<br>2929 Arch St., Cira Centre<br>Philadelphia, PA 19104<br>Telephone: (215) 994-4000<br>Facsimile: (215) 655-2325<br><br>Connie E. Merriett, State Bar No. 223274<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA 94040<br>Telephone: (650) 813-4800<br>Facsimile: (650) 813-4848 |

## **FILER'S ATTESTATION**

I, Connie E. Merriett, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 4, 2007          /s/Connie E. Merriett
                                  CONNIE E. MERRIETT

# CERTIFICATE OF SERVICE

I, Connie E. Merriett, do hereby certify that on September 4, 2007, I caused a true and correct copy of the foregoing to be served upon the following by Federal Express:

>Matthew A. Siroka
>LAW OFFICES OF
>MATTHEW A. SIROKA
>600 Townsend Street, Suite 329E
>San Francisco, CA  94103
>
>John Balestriere
>Balestriere PLLC
>225 Broadway
>Suite 2700
>New York, NY 10007
>
>Craig Stuart Lanza
>Balestriere PLLC
>225 Broadway
>Suite 2700
>New York, NY 10007
>
>*Attorneys for Plaintiff Joel Hornstein*

    /s/Connie E. Merriett
    CONNIE E. MERRIETT