1  Connie E. Merriett, State Bar No. 223274
   connie.merriett@dechert.com
2  DECHERT LLP
   2440 W. El Camino Real, Suite 700
3  Mountain View, CA 94040
   Telephone: (650) 813-4800
4  Facsimile:  (650) 813-4848

5
   Michael S. Doluisio *(Admitted pro hac vice)*
6  Scott A. Thompson *(Admitted pro hac vice)*
   DECHERT LLP
7  2929 Arch St., Cira Centre
   Philadelphia, PA 19104
8  Telephone: (215) 994-4000
   Facsimile:  (215) 655-2325
9
   Attorneys for Defendant
10 The Vanguard Group, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           OAKLAND DIVISION

15 | JOEL HORNSTEIN, On Behalf of Himself | Case No. C-07-3239 SBA
   | and all Others Similarly Similarly Situated, |
16 |                                       | **ADR CERTIFICATION BY**
   |              Plaintiff,               | **THE VANGUARD GROUP, INC. AND**
17 |                                       | **COUNSEL**
   |   vs.                                 |
18 |                                       |
   | THE VANGUARD GROUP, INC.,             |
19 |                                       |
   |              Defendant.               |
20

21
           Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
22 he or she has:

23         1.      Read the handbook entitled "Dispute Resolution Procedures in the Northern
24 District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

25         2.      Discussed the available dispute resolution options provided by the Court and
   private entities; and
26
           3.      Considered whether this case might benefit from any of the available dispute
27 resolution options.

28

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

| | |
|---|---|
| 1 | |
| 2 Dated: September 5, 2007 | *[signature]*<br>Stuart T. Steinberg<br>Associate Counsel<br>THE VANGUARD GROUP, INC. |
| 3 | |
| 4 | |
| 5 Dated: September 5, 2007 | *[signature]*<br>Michael S. Doluisio<br>DECHERT LLP |

**FILER'S ATTESTATION**

I, Connie E. Merriett, attest pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from the other signatories.

Dated: September 5, 2007          /s/Connie E. Merriett
                                  CONNIE E. MERRIETT