1  Connie E. Merriett, (SB# 223274)
   connie.merriett@dechert.com
2  DECHERT LLP
   2440 W. El Camino Real, Suite 700
3  Mountain View, California 94040
   Telephone:   (650) 813-4800
4  Facsimile:    (650) 813-4848

5  Michael S. Doluisio, *Appearing Pro Hac Vice*
   Scott A. Thomson, *Appearing Pro Hac Vice*
6  Michael S. Shin, *Appearing Pro Hac Vice*
   DECHERT LLP
7  2929 Arch Street, Cira Centre
   Philadelphia, PA  19104
8  Tel:          (215) 994-4000
   Facsimile:    (215) 655-2325
9
   Attorneys for Defendant
10 THE VANGUARD GROUP, INC.

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                 OAKLAND DIVISION

14

15 | JOEL HORNSTEIN, On Behalf of Himself | Case No.  C 07 3239 SBA
     and all Others Similarly Situated,
16 |                                       | **CERTIFICATE OF SERVICE**
                 Plaintiff,
17
     v.
18
     THE VANGUARD GROUP, INC.,
19
                 Defendant.
20

21

22

23

24

25

26

27

28

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

CERTIFICATE OF SERVICE; CASE NO: C 07 3239 SBA

The undersigned certifies and declares as follows:

I am over 18 years of age and am not a party to this action. My business address is 2440 W. El Camino Real, Suite 700, Mountain View, CA 94040, which is located in the county where any non-personal service described below took place.

On September 19, 2007, I served a copy of the following document(s) on counsel listed below:

**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

by serving the following:

*Attorneys for Plaintiff, Joel Hornstein*

**VIA ELECTRONIC MAIL**
Matthew A. Siroka
LAW OFFICES OF
MATTHEW A. SIROKA
600 Townsend Street, Suite 329E
San Franisco, CA 94103

**VIA FEDERAL EXPRESS**
John Balestriere
Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

Service was accomplished as follows:

**[X]   By Other Express Service Carrier.**  On the above date, I sealed the above document(s) in an envelope or package designated by Federal Express, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located at Mountain View, California, with delivery fees paid or otherwise provided for.

I certify and declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 19, 2007 at Mountain View, California.

/s/Lilli McBride
LILLI MCBRIDE

DECHERT LLP
ATTORNEYS AT LAW
SILICON VALLEY

1   CERTIFICATE OF SERVICE; CASE NO: C-07 3239 SBA