RECEIVED - 9 2007

UNITED STATES DISTRICT COURT

Northern District of California

JOEL HORNSTEIN, on Behalf of Himself
and others Similarly Situated,

              Plaintiff(s),

v.

THE VANGUARD GROUP

              Defendant(s).

CASE NO. C 07 3239 – SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John Balestriere, an active member in good standing of the bar of _____ whose business address and telephone number (particular court to which applicant is admitted) is

Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007- (212) 374-5400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Joel Hornstein.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: October 5, 2007

_____
United States District     Judge