

Clerk's Use Only

Initial for fee pd.:

Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

**FILED**
OCT - 9 2007
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Joel Hornstein, on Behalf of Himself and
all Others Similarly Situated,

        Plaintiff(s),

v.

The Vanguard Group, Inc.

        Defendant(s).

CASE NO. C 07 3239 SBA

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Craig Stuart Lanza, an active member in good standing of the bar of New York state, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Joel Hornstein in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/7/07

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611011290
Cashier ID: bucklem
Transaction Date: 10/10/2007
Payer Name: balestriere pllc
------------------------------------
PRO HAC VICE
 For: craig s lanza
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 0594
 Amt Tendered:  $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:        $0.00

c07-3239sba


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```