UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED

OCT - 9 2007

JOEL HORNSTEIN, on Behalf of Himself
and others Similarly Situated,

                   Plaintiff(s),

v.

THE VANGUARD GROUP

                  Defendant(s).

CASE NO. C 07 3239 -SBA-

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Craig Stuart Lanza, an active member in good standing of the bar of whose business address and telephone number (particular court to which applicant is admitted) is

Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007- (212) 374-5400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Joel Hornstein.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 5, 2007

                                              United States District    Judge