**FILED**
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

JOEL HORNSTEIN, on Behalf of Himself
and others Similarly Situated,

CASE NO. C 07 3239 - SBA

Plaintiff(s),

v.

THE VANGUARD GROUP

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John Balestriere                    , an active member in good standing of the bar of

                                    whose business address and telephone number

(particular court to which applicant is admitted)

is

Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007- (212) 374-5400

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Joel Hornstein.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 5, 2007

_____
United States District Judge