```
Connie E. Merriett (SBN#223274)
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Telephone: (650) 813-4800
Facsimile: (650) 813-4848

Attorneys for Defendant
THE VANGUARD GROUP, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No. C-07-3239 SBA<br><br>**APPLICATION FOR ADMISSION OF STUART T. STEINBERG** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Stuart T. Steinberg, an active member in good standing of the Bars of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court and the highest court of the Commonwealth of Pennsylvania, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Connie E. Merriett (State Bar No. 223274)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA
Telephone: (650) 813-4800

I declare under penalty of perjury that the foregoing is true and correct

Dated: October 18, 2007

_____
Stuart T. Steinberg
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808



Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001401
Cashier ID: lenaMac
Transaction Date: 10/22/2007
Payer Name: A and A Legal Service Inc

PRO HAC VICE
For: Stuart T. Steinberg
Case/Party: D-CAN-4-07-AT-PROHAC-001
Amount: $210.00

CHECK
Check/Money Order Num: 19241
Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-3239 SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.