Connie E. Merriett, (SB# 223274)
connie.merriett@dechert.com
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, California 94040
Telephone:   (650) 813-4800
Facsimile:   (650) 813-4848

Michael S. Doluisio, *Appearing Pro Hac Vice*
Scott A. Thomson, *Appearing Pro Hac Vice*
Michael S. Shin, *Appearing Pro Hac Vice*
DECHERT LLP
2929 Arch Street, Cira Centre
Philadelphia, PA  19104
Tel:            (215) 994-4000
Facsimile:    (215) 655-2325

Attorneys for Defendant
THE VANGUARD GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOEL HORNSTEIN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC.,<br><br>Defendant. | Case No.  C 07 3239 SBA<br><br>**CERTIFICATE OF SERVICE** |

**Hornstein v. The Vanguard Group, Inc.**
U.S.D.C. Case No.: C-07-3239 SBA

## CERTIFICATE OF SERVICE

The undersigned certifies and declares as follows:

I am over 18 years of age and am not a party to this action. My business address is 2440 W. El Camino Real, Suite 700, Mountain View, CA 94040, which is located in the county where any non-personal service described below took place.

On October 22, 2007, I served a copy of the following document(s) on counsel listed below:

**APPLICATION FOR ADMISSION OF STUART T. STEINBERG PRO HAC VICE**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF STUART T. STEINBERG PRO HAC VICE**

by serving the following:

Matthew A. Siroka
Law Offices of Matthew A. Siroka
600 Townsend Street, Suite 329E
San Francisco, CA 94102

John Balestriere
Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

Service was accomplished as follows:

[X] **By Express Service Carrier.** On the above date, I sealed the above document(s) in an envelope or package designated by Federal Express, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located at Palo Alto, California, with delivery fees paid or otherwise provided for.

I certify and declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2007 at Mountain View, California.

/s/ Lilli McBride
LILLI MCBRIDE

DECHERT LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

CERTIFICATE OF SERVICE
CASE NO: C-07 3239 SBA