Clerk's Use Only

Initial for fee pd.:

Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

**FILED**
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL HORNSTEIN, on Behalf of Himself
and all Others Similarly Situated,

    Plaintiff(s),

  v.

THE VANGUARD GROUP, Inc.

    Defendant(s).

CASE NO. C 07 3239 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Craig Stuart Lanza, an active member in good standing of the bar of New York State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Joel Hornstein in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Matthew Siroka, 600 Townsend Street Suite 329 E
San Francisco, CA 94103 Phone: 415.522.1105

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

