# MATTHEW A. SIROKA   ATTORNEY AT LAW

November 27, 2007

The Honorable Saundra Brown Armstrong
United States District Court
1301 Clay Street
Oakland, California 94612

VIA E-FILING AND FACSIMILE TO 510.637.3564

    Re: *Joel Hornstein v. The Vanguard Group, Inc.* C 07-3239 SBA
        Notice of Settlement and Request for Conditional Dismissal

Your Honor,

    The parties are pleased to announce they have reached a settlement. As such, plaintiff requests entry of a conditional dismissal of the action. Once the settlement has been finalized, the parties will inform the Court and seek dismissal. The parties also request that the Court vacate any future dates, including the hearing on the Order to Show Cause calendared for tomorrow at 4:00 p.m.

    Thank you for your consideration.

    Very truly yours,

    Matthew A. Siroka
    Attorney for Plaintiff Joel Hornstein